UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
GREAT NORTHERN INSURANCE COMPANY  :
as subrogee of HARRY UVEGI        :
                                  :
              Plaintiff,          :    05 Civ. 5381 (MBM)
                                  :
     -against-                    :         ORDER
                                  :
MALOY RESTORATION CORP., and      :
MICHAEL MALOY,                    :
                                  :
              Defendants.         :
----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-7-05

MICHAEL B. MUKASEY, U.S.D.J.

    The captioned action has been assigned to this Court's docket. An initial pre-trial conference will held on July 20, 2005, at 9:15 A.M. in Room 21B of the United States Courthouse, 500 Pearl Street, New York, NY 10007, for scheduling purposes, and to consider any other relevant matters pursuant to Rule 16, Fed. R. Civ. P. Counsel are to review that Rule and are to discuss **before** the conference all matters referred to in that Rule that may be raised at the conference.

    Failure to appear at the July 20, 2005 conference may result in the imposition of sanctions, including entry of a judgment against the party failing to appear. Requests for adjournment must be received not later than two business days before the conference. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

    Plaintiff is to serve a copy of this order on

defendants forthwith.

SO ORDERED:

Dated: New York, New York
       July 5, 2005

_____
Michael B. Mukasey,
U.S. District Judge