AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

KHALED SALEM,

   Plaintiff,

V.

LANSDELL PROTECTIVE AGENCY, INC.,

   Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 CV 5518**

**JUDGE MUKASEY**

TO: (Name and address of defendant)

   Lansdell Protective Agency, Inc.
   90 Maiden Lane, 3rd Floor
   New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Koob & Magoolaghan
   19 Fulton Street, Suite 408
   New York, NY 10038

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

_/s/ Marcos Quintero_

(BY) DEPUTY CLERK

JUN 10 2005

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE July 12, 2005 2:22 p.m. |
| NAME OF SERVER (PRINT) Alexander A. Reinert | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: __90 Maiden Lane, New York, New York.__

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __July 12, 2005__
Date

Signature of Server

KOOB & MAGOOLAGHAN
19 FULTON STREET - SUITE 408
NEW YORK, NY 10038
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.