UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
KHALED SALEM,

        Plaintiff,   :  05 Civ. 5518 (MBM)

  -against-          :      ORDER

LANSDELL PROTECTIVE AGENCY,
INC.,

        Defendant.
----------------------------------X

MICHAEL B. MUKASEY, U.S.D.J.

    The Court was advised on July 11, 2005 the defendant has not yet been served with the summons and complaint. Accordingly, on plaintiff's application the conference scheduled in the above-captioned case is adjourned to August 18, 2005 at 9:15 A.M. in Room 21B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    Plaintiff is to serve a copy of this order on defendant.

SO ORDERED:

_____
Michael B. Mukasey,
U.S. District Judge

Dated: New York, New York
       July 12, 2005