UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

KHALED SALEM,

            Plaintiff,

05 – CV – 5518 (MBM)

LANSDELL PROTECTIVE AGENCY, INC.,

            Defendant.

-------------------------------------------------------X

### STIPULATION EXTENDING TIME

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel, that the time for Defendant Lansdell Protective Agency, Inc. to Answer, plead or otherwise move shall be and is extended through the close of business on Thursday, September 1, 2005. The foregoing notwithstanding, the Defendant shall not raise any affirmative defense relating to any defect in service of the Summons and Complaint.

Dated: New York, New York
       July 26, 2005

| Koob & Magoolaghan | Tarter Krinsky & Drogin LLP |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| By: Alexander Reinert (AR-1740) | By: Laurent S. Drogin (LD-4770) |
| 19 Fulton Street – Suite 408 | 470 Park Avenue South – 14th Floor |
| New York, New York 10038 | New York, New York 10016 |
| (212) 406-3095 | (212) 481-8585 |

SO ORDERED:

_____

00025869