UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KHALED SALEM,                                              :

                     Plaintiff,                        :

                                                            **05 CV 5518 (MBM)**

                                                              **RULE 7.1 STATEMENT**

LANSDELL PROTECTIVE AGENCY, INC.,       :

                                         Defendant.            :
------------------------------------------------------------ X

      Pursuant to the Federal Rules of Civil Procedure 7.1, the undersigned counsel for defendant Lansdell Protective Agency, Inc. certifies that the defendant has no corporate parents, and that no publicly held corporation owns any of its stock.

Dated: New York, New York
       August 30, 2005

                                      **TARTER KRINSKY & DROGIN LLP**
                                      *Attorneys for Defendant*

                            By: _____
                                    Laurent S. Drogin (LD-4770)
                                    470 Park Avenue South – 14th Floor
                                    New York, New York 10016
                                    (212) 481-8585

TO:    **KOOB & MAGOOLAGHAN**
          *Attorneys for Plaintiff*
          Attention: Alexander A. Reinert, Esq.
          19 Fulton Street, Suite 408
          New York, New York 10038
          (212) 406-3095

00026700