## **AFFIRMATION OF SERVICE**

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF NEW YORK  )

Laurent S. Drogin hereby affirms under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

I am over the age of 18 and I am not a party to this action, and I reside in the State of New York.

On August 30, 2005 I caused the within **RULE 7.1 STATEMENT and ANSWER** to be served by depositing true copies thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within this State, addressed to the following:

> **KOOB & MAGOOLAGHAN**
> *Attorneys for Plaintiff*
> Attention: Alexander A. Reinert, Esq.
> 19 Fulton Street, Suite 408
> New York, New York 10038
> (212) 406-3095

By: _____
                 Laurent S. Drogin