```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
KHALED SALEM,

        Plaintiff,

  -against-

LANSDELL PROTECTIVE AGENCY, INC.,    05 Civ. 5518 (MBM)

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PROPOSED REVISED
SCHEDULING ORDER

        Pursuant to the parties' joint request, it is hereby Ordered that the Scheduling Ordered entered in the instant case be hereby revised as follows:

1. All discovery shall be completed by September 18, 2006.

2. All potentially dispositive motions must be filed by November 17, 2006.

SO ORDERED.

Dated: _July 17_, 2006
       New York, New York

                                            _____
                                            THE HON. MICHAEL B. MUKASEY
                                            Chief Judge, United States District Court