

ATTORNEYS AT LAW

NEW YORK OFFICE:
470 PARK AVENUE SO
NEW YORK, NY 10016
TEL: 212.481.8585
FAX: 212.481.9062

NEW JERSEY OFFICE:
475 WALL STREET
PRINCETON, NJ 08540
TEL: 609.683.9494
FAX: 609.683.7490

RESULTS@TARTERKRINSKY.COM
WWW.TARTERKRINSKY.COM

August 17, 2006

**VIA ELECTRONIC CASE FILING**
Honorable Michael B. Mukasey
United State District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2240
New York, New York 10007-1312

Re: **Salem v. Lansdell Protective Agency, Inc.**
   **Case No.: 05 CV 5518 (MBM)**
   **Our File No.: 871 EM167**

Dear Chief Judge Mukasey:

This firm represents Defendant Lansdell Protective Agency, Inc. in the above-referenced action. As set forth in the Proposed Revised Scheduling Order so ordered by Your Honor on July 17, 2006, all discovery shall be completed by September 18, 2006. We write for the purpose of requesting an extension of the September 18 discovery deadline.

The parties have only recently received copies of the requested materials related to this matter from the EEOC and are promptly scheduling depositions. However, due to scheduling conflicts, the parties will be unable to complete discovery by the September 18 deadline. We, therefore, respectfully request an extension of the discovery deadline to October 31, 2006.

This is the second request for an extension of the discovery deadline and is being made on consent of Plaintiff's counsel. Subject to the Court's approval of the requested extension, enclosed is a Second Proposed Revised Scheduling Order.

We thank the Court for its consideration of this matter.

Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**

Tara Toevs

0005503

Honorable Michael B. Mukasey
United State District Court
Southern District of New York
August 17, 2006
Page 2

Enclosure

cc:   Mr. Lansdell McRoberts (via first class mail)
      Alexander A. Reinert, Esq. (via Electronic Case Filing)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KHALED SALEM,                                           :
                                                        :       05 CV 5518 (MBM)
                        Plaintiff,                      :
                                                        :       SECOND PROPOSED
                                                        :       REVISED SCHEDULING
                                                        :       ORDER
LANSDELL PROTECTIVE AGENCY, INC.,                       :
                                                        :
                        Defendant.                      :
------------------------------------------------------------X

Pursuant to defendant LANSDELL PROTECTIVE AGENCY, INC.'s request, by and through its attorneys, Tarter Krinsky & Drogin LLP, and on consent of plaintiff KHALED SALEM's attorneys Kopp & Magoolaghan, it is hereby Ordered that the Proposed Revised Scheduling Order entered in the instant case be revised as follows:

1.  All discovery shall be completed by October 31, 2006.

SO ORDERED.

Dated: _____, 2006
       New York, New York

                                        _____
                                        THE HON. MICHAEL B. MUKASEY
                                        Chief Judge, United States District Court