UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KHALED SALEM,                              :

                Plaintiff,            :

                                     :

LANSDELL PROTECTIVE AGENCY, INC.,          :

                                     :

                Defendant.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/06

05 CV 5518 (MBM)

**SECOND** ~~PROPOSED~~ **REVISED SCHEDULING ORDER**

    Pursuant to defendant LANSDELL PROTECTIVE AGENCY, INC.'s request, by and through its attorneys, Tarter Krinsky & Drogin LLP, and on consent of plaintiff KHALED SALEM's attorneys Koob & Magoolaghan, it is hereby Ordered that the Proposed Revised Scheduling Order entered in the instant case be revised as follows:

    1.    All discovery shall be completed by October 31, 2006.

SO ORDERED,

Dated: _August 29_, 2006
        New York, New York

_____
T~~HE HON.~~ MICHAEL B. MUKASEY
~~Chief~~ Judge, United States District Court