

**MEMO ENDORSED**

> My inclination is to place the matter on the suspense calendar but I will wait to 12/1/06 (now) to hear in writing from π.
>
> SO ORDERED;
> Date: 11/28/06   /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

November 20, 2006

VIA FIRST CLASS MAIL

Hon. Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007-1312

    Re:    Salem v. Lansdell Protective Agency, Inc.
            Case No.: 05 CV 5518 (RMB) (JCF)
            Our File No.: 871 EM167

Dear Judge Berman:

    This firm represents Defendant Lansdell Protective Agency, Inc. in the above-referenced action. At our status conference with you on November 13, 2006, Your Honor set the matter for trial to commence on February 20, 2007.

    Upon returning to my office I learned that the prior week my client had filed a petition pursuant to Chapter 11 of the United States Bankruptcy Code.

    My understanding is that this case is now stayed by operation of the automatic stay provision of the Bankruptcy Code.

            Respectfully yours,

            TARTER KRINSKY & DROGIN LLP

            Laurent S. Drogin

LSD/tt
cc:    Alexander A. Reinert, Esq. (via First Class Mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/06

00061331.DOC