**MEMO ENDORSED**

# KOOB & MAGOOLAGHAN
*Attorneys at Law*

SOUTH STREET SEAPORT   19 FULTON STREET   SUITE 408   NEW YORK, NEW YORK 10038

TELEPHONE: (212) 406-3095                                        FACSIMILE: (212) 349-4658

ELIZABETH L. KOOB
JOAN MAGOOLAGHAN
ALEXANDER A. REINERT

WESTCHESTER COUNTY OFFICE:
221 DEVOE AVENUE
YONKERS, NEW YORK 10705
TEL: (914) 964-8888

**By hand**

November 30, 2006

The Honorable Richard M. Berman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007-1312

RE:   Salem v. Lansdell, 05 Civ. 5518 (RMB)

Dear Judge Berman:

Our office represents the plaintiff in the above-entitled employment discrimination action. We write in response to the Court's Order dated November 28, 2006.

As the Court is aware, the defendant in the instant case filed a voluntary petition for bankruptcy in the Southern District of New York pursuant to Chapter 11 of the Bankruptcy Code. The docket number of the proceeding is 06-12643, and the petition was filed on November 6, 2006. We still have yet to receive official notice of the proceeding, but defendant's counsel, as a courtesy, notified us at the same time that he received notice.

Pursuant to Section 362 of the Bankruptcy Code, the instant proceeding is automatically stayed by the Chapter 11 filing. We are currently reviewing the possibility of filing a motion to vacate the automatic stay pursuant to 11 U.S.C. § 362(d), but this will likely depend on what transpires at the creditors' meeting currently scheduled for December 5, 2006. Therefore, we agree with defendant that, for the time being, the matter should be stayed.

We thank the Court for Your Honor's time and attention to this matter.

Respectfully submitted,

Alexander A. Reinert

cc:   Laurent Drogin (by facsimile and first-class mail)

---

*Endorsement (handwritten):*

Matter is hereby placed on the suspense calendar because of Bankruptcy proceeding. Counsel to keep the Court apprised of any developments affecting case status.

SO ORDERED:
Date: 12/4/06
Richard M. Berman, U.S.D.J.

*Stamp:* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12/4/06