UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
KHALED SALEM,

           Plaintiff,                        NOTICE OF ATTORNEY APPEARANCE
      -against-

LANSDELL PROTECTIVE AGENCY, INC.,      05 Civ. 5518 (RMB)

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      PLEASE TAKE NOTICE that Plaintiff, by his attorneys KOOB & MAGOOLAGHAN,

hereby substitutes Joan Magoolaghan (JM 5004) and Elizabeth L. Koob (EK 0428) in place of

Alexander A. Reinert (AR 1740) as lead attorneys and attorneys to be noticed in the within

action.

Dated: June 27, 2007
      New York, New York

                                    **KOOB & MAGOOLAGHAN**
                                    Attorneys for Plaintiff

                                    By: s:/Elizabeth L. Koob
                                       Elizabeth L. Koob (EK 0428)
                                    19 Fulton Street, Suite 408
                                    New York, New York 10038
                                    Tel.: (212) 406-3095
                                    nykoob@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
KHALED SALEM,

                Plaintiff,                      CERTIFICATE OF SERVICE
      -against-

LANSDELL PROTECTIVE AGENCY, INC.,     05 Civ. 5518 (RMB)

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        I hereby certify that on June 27, 2007, I electronically filed the foregoing Notice of

Attorney Appearance with the Clerk of the District Court using the CM/ECF system, which sent

notification of such filing to the following:

        TARTER KRINSKY & DROGIN LLP
        Attorneys for Defendant
        Laurent Drogin
        470 Park Avenue South, 14th Floor
        New York, New York 10016

Dated: June 27, 2007
       New York, New York

                          **KOOB & MAGOOLAGHAN**
                          Attorneys for Plaintiffs

                          By: s:/Elizabeth L. Koob
                              Elizabeth L. Koob (EK 0428)
                          19 Fulton Street, Suite 408
                          New York, New York 10038
                          Tel: 212-406-3095