UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KHALED SALEM,

                              Plaintiff,                    05 CIVIL 5518 (MBM )

        -against-

LANSDELL PROTECTIVE AGENCY, INC.

                              Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ___Elizabeth L. Koob_____

☐    *Attorney*
      ☐   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
            ___EK0428_____
      ☐   I am a Pro Hac Vice attorney
      ☐   I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

      From: _____
      To: _____

      ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

      ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____
          _____.

☐    *Address:* ___221 Devoe Avenue, Yonkers, New York 10705_____

☐    *Telephone Number:* ___(914) 964-8888_____

☐    *Fax Number:* _____(914) 964-8801_____

☐    *E-Mail Address:* _____

Dated: ___8/30/07_____        _/s/ Elizabeth L. Koob_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KHALED SALEM,

                                Plaintiff,

                                                      05 CIVIL 5518 (MBM)

                -against-

LANSDELL PROTECTIVE AGENCY, INC.

                                Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Joan Magoolaghan__

☐    *Attorney*
      ☐    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __JM5004__
      ☐    I am a Pro Hac Vice attorney
      ☐    I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

    From: _____
    To: _____

    ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐    *Address:* __221 Devoe Avenue, Yonkers, New York 10705__

☐    *Telephone Number:* __(914) 964-8888__

☐    *Fax Number:* __(914) 964-8801__

☐    *E-Mail Address:* _____

Dated: __8/30/07__