# KOOB & MAGOOLAGHAN
*Attorneys at Law*

221 DEVOE AVENUE
TELEPHONE: (914) 964-8888

YONKERS, NEW YORK 10507
FACSIMILE: (914) 964-8801

ELIZABETH L. KOOB
JOAN MAGOOLAGHAN

ALEXANDER A. REINERT
*Of Counsel*

NEW YORK CITY OFFICE::
SOUTH STREET SEAPORT
19 FULTON STREET STE. 408
NEW YORK, NEW YORK 10038
TEL: (212) 406-3095

**By ECF Filing**

December 20, 2007

The Honorable Richard M. Berman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007-1312

RE: <u>Salem v. Lansdell</u>, 05 Civ. 5518 (MBM)
    **Status Report**

Dear Judge Berman:

Our office represents the plaintiff in the above-entitled employment discrimination action which has been placed on the Court's suspended calendar due to defendant having filed a voluntary petition for bankruptcy in the Southern District of New York pursuant to Chapter 11 of the Bankruptcy Code. The docket number of the proceeding is 06-12643, and the petition was filed on November 6, 2006. We write to provide the Court of the status of the matter and apologize for not having done so regularly this past year. We have appeared in the Bankruptcy meeting of the creditors with the trustee during this period. We have just recently received a creditor's notice that defendant is moving in Bankruptcy Court on December 27, 2007 for an Order converting its Chapter 11 proceedings to proceedings under Chapter 7. We will file an continue advise the Court whether that motion has been granted as soon as the Order is entered in the Bankruptcy Court proceeding.

We thank the Court for Your Honor's time and attention to this matter.

Respectfully submitted,

//*Elizabeth L. Koob*
Elizabeth L. Koob

cc: Laurent Drogin (by ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KHALED SALEM,

                Plaintiff,

    -against-

LANSDELL PROTECTIVE AGENCY, INC.,

                Defendant.

-----------------------------------------------------------X

05 CV 5518 (MBM)

CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2007, I electronically filed the foregoing Status Report with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

      Laurent S. Drogin, Esq.
      Tarter Krinsky & Drogin LLP
      470 Park Avenue South - 14th Floor
      New York, New York 10016
      LDROGIN@tarterrknisiky.com

Dated: December 20, 2007
      Yonkers, New York

                **KOOB & MAGOOLAGHAN**
                Attorneys for Plaintiffs

                By: s//:Joan Magoolaghan
                    Joan Magoolaghan [501543]
                221 Devoe Avenue
                Yonkers, New York10705
                Tel: 914-964-8888
                Nymagoo@aol.com