UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KHALED SALEM,

       Plaintiff,    :  05 Civ. 5518 (RMB)

  -against-       :  **ORDER OF DISCONTINUANCE**

LANSDELL PROTECTIVE AGENCY, INC.,

       Defendant.
------------------------------------------------------------X

  This case having been pending for more than three years, all presently contemplated proceedings having been completed, and there having been no action for more than twelve months, there appears to be no further reason at this time to maintain this action as open for statistical purposes, the Clerk is instructed to complete a JS-6 closing report for this case.

  Nothing contained in this minute order shall be considered a dismissal or disposition of this matter, and should further proceedings in them become necessary or desirable, any party may initiate it in the same manner as if this minute order had not been entered.

**SO ORDERED**

Dated: New York, New York
   June 17, 2008

                     _RMB_
                  RICHARD M. BERMAN, U.S.D.J.